LILLIAN CLAWANS, PLAINTIFF-PETITIONER, v. LEON M.
SCHAKAT, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Miss Lillian Clawans, pro se.*

*Mr. Edward V. Ryan* and *Messrs. Kristeller, Zucker,
Lowenstein & Cohen* for the respondents.

May 26, 1958.   Denied.

SAN-LAN BUILDERS, INC., PLAINTIFF-RESPONDENT, v.
WILLIAM H. BAXENDALE, *ET AL.*, DEFENDANTS-PETI-
TIONERS.

*Messrs. Eisenstein & Eisenstein* for the petitioners.

*Messrs. Rotolo & Rotolo* for the respondent.

May 26, 1958.   Granted.